No. 10M98. BURNS *v.* COMMISSIONER OF REVENUE OF MINNESOTA; and

No. 10M99. IN RE BURNS ET UX. Motions for leave to proceed *in forma pauperis* with the declaration of indigency filed under seal denied.

No. 10–886. COMPTON UNIFIED SCHOOL DISTRICT *v.* ADDISON ET AL. C. A. 9th Cir. The Acting Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 10–8576. HOWARD *v.* UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO ET AL. C. A. D. C. Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [562 U. S. 1284] denied. JUSTICE KAGAN took no part in the consideration or decision of this motion.

No. 10–8972. CHERRY *v.* CHERRY. Sup. Ct. Va.; and

No. 10–9539. PRITCHARD *v.* HAYDEN. C. A. 7th Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until May 9, 2011, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 10–9436. WORMAN *v.* UNITED STATES. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until May 9, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court. JUSTICE KAGAN took no part in the consideration or decision of this motion.

No. 10–1169. IN RE SCHAFLER;

No. 10–9527. IN RE ROBINSON;

No. 10–9534. IN RE ANDREWS;

No. 10–9535. IN RE ANDREWS;

No. 10–9571. IN RE BAKER;

No. 10–9580. IN RE HOLIDAY;

No. 10–9663. IN RE SUDBERRY;

No. 10–9717. IN RE LOI NGOC NGHIEM; and

No. 10–9721. IN RE DOYLE. Petitions for writs of habeas corpus denied.